828

HUBERT MONROE, Plaintiff-Appellee, *v.* CHRYSLER CORPORATION, Defendant-Appellant.

(No. 70-54; )

Fifth District—February 4, 1972.

PER CURIAM.

Charles M. Whealon, of East St. Louis, for appellant.

Hillary H. Hallett & Associates, of East Alton, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY THURMAN, Defendant-Appellant.

(No. 70-124; )

Fifth District—February 10, 1972.

Edward Neville, of East St. Louis, for appellant.

Robert H. Rice, State's Attorney, of Belleville, for the People.